## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br>**KOONTZ-WAGNER CUSTOM CONTROL HOLDINGS LLC,**<br>Debtor. | Case No. 18-33815<br><br>(Chapter 7) |
| **RODNEY D. TOW, CHAPTER 7 TRUSTEE,**<br>Plaintiff,<br>v.<br>**RMS ENERGY CO., LLC**<br>Defendant. | Adversary No. 20-03278 |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:
  Clerk, U.S. Bankruptcy Court
  Southern District of Texas
  515 Rusk Avenue
  Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
  R. J. Shannon
  Barron & Newburger, P.C.
  7320 N MoPac Expy
  Greystone II Suite 400
  Austin, TX 78731

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

*David J. Bradley, Clerk of Court*

Date: July 13, 2020

s/ Joan Davenport
Signature of Clerk or Deputy Clerk

# CERTIFICATE OF SERVICE

I, <u>R.J. Shannon</u>, certify that service of this summons and a copy of the complaint was made <u>July 14, 2020</u> by:

- ☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Texas Secretary of State, Northwest Registered Agent, LLC, 5900 Balcones Drive STE 100, Austin, TX 78731
- o Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- o Residence Service: By leaving the process with the following adult at:

- o Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- o Publication: The defendant was served as follows: [Describe briefly]

- o State Law: The defendant was served pursuant to the laws of the State _____, as of follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 7/14/20         Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

*/s/R. J. Shannon*
R. J. Shannon (TBA No. 24108062)
7320 N MoPac Expy
Greystone II Suite 400
Austin, TX 78731
Telephone: (512) 476-9253
Facsimile: (512) 279-0310
Email: rshannon@bn-lawyers.com

*Special Counsel for Rodney D. Tow, Chapter 7 Trustee for Koontz-Wagner Custom Control Holdings LLC*